```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 03 B 50184
    DENNIS E DOUGHERTY
    ELEANOR T DOUGHERTY                         CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
            Debtor
    SSN XXX-XX-6906     SSN XXX-XX-8281


-----------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/12/03 and confirmed on 03/16/04.

    2.  The case was dismissed after confirmation, 02/22/2007.

    3.  The Debtor paid a total of $  44200.00 .

    4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
-----------------------------------------------------------------------------
FORD MOTOR CREDIT CO       SECURED             7000.00       1598.95      7000.00
INTERNAL REVENUE SERVICE   SECURED             4575.00         .00        2487.93
JGLM INC                   SECURED               .00           .00          .00
JGLM INC                   MORTGAGE ARRE      7000.00          .00        6294.55
EMC MORTGAGE               CURRENT MORTG        .00            .00          .00
EMC MORTGAGE               MORTGAGE ARRE     24050.00          .00       24050.00
ILLINOIS DEPT REVENUE      PRIORITY            259.37          .00          .00
INTERNAL REVENUE SERVICE   PRIORITY          12373.32          .00          .00
INTERNAL REVENUE SERVICE   UNSECURED          3519.04          .00          .00
EMC MORTGAGE               COST OF COLLE       250.00          .00        145.60
FORD MOTOR CREDIT CO       UNSECURED          5779.46          .00          .00
ILLINOIS DEPT REVENUE      UNSECURED           138.80          .00          .00
EMC MORTGAGE               COST OF COLLE       700.00          .00        700.00
        Summary of disbursements:
-----------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED      OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  42625.00    13582.69     9437.30        .00       65644.99
PRINCIPAL PAID      39832.48      845.60        .00         .00       40678.08
INTEREST PAID        1598.95        .00         .00         .00        1598.95
TOTAL PAID          41431.43      845.60        .00         .00       42277.03
The Debtor's attorney, WEISSBERG & ASSOCIATES LTD     , was allowed $       .00
and was paid $        .00 .

The Trustee received $   1922.97 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 01/17/08                        /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                          PAGE   2
     CASE NO. 03 B 50184 DENNIS E DOUGHERTY & ELEANOR T DOUGHERTY
```